**Johnny B. WARD, Appellant,**

v.

**Rena E. ARMSTRONG, Appellee.**

**No. 00–2079.**

United States Court of Appeals, Eighth Circuit.

Submitted April 23, 2001.

Decided April 26, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Johnny B. Ward appeals following entry of judgment in Ward's favor in a negli-gence action he brought against Rena E. Armstrong. Having carefully reviewed the record, we conclude the district court did not commit error when it refused to grant Ward damages for lost wages. We have considered and reject Ward's remaining arguments. We thus affirm the district court. *See* 8th Cir. R. 47B.